UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMMY LEE MORTON,

    Petitioner,

                                                         File no: 2:06-CV-219

v.

                                                         HON. ROBERT HOLMES BELL

DAVID BERGH,

    Respondent.

                                 /

**ORDER APPROVING MAGISTRATE'S
REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

       ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

       THEREFORE, IT IS ORDERED that:

       Petitioner's habeas corpus petition is hereby **DENIED** because it is barred by the one-year statute of limitations. A certificate of appealability is as well denied. See *Slack v. McDaniel*, 529 U.S. 473 (2000).

Date:    January 8, 2007            /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      CHIEF UNITED STATES DISTRICT JUDGE